IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ROBERT FOWLER and ROMETTA FOWLER,

    Plaintiffs,

v.

UNIVERSITY HEALTH SERVICES, INC. d/b/a University Hospital, et al.,

    Defendants.

CV 124-107

**O R D E R**

Before the Court are Defendant Jenkins' motion to dismiss Plaintiffs' claims against him (Doc. 4) and Defendants University Health Services, Piedmont Healthcare, Chandler, Jenkins, and Floyd-Bearden's motion to dismiss Plaintiff Rometta Fowlers' claim for intentional infliction of emotional distress (Doc. 5), both filed August 7, 2024. Plaintiffs filed an amended complaint on August 21, 2024 (Doc. 15), thereby mooting the previously filed motions to dismiss (Doc. 4; Doc. 5), and the relevant Defendants filed renewed motions to dismiss on September 3, 2024 (Doc. 18; Doc. 19). The later-filed motions being the operative filings, the Court **DENIES AS MOOT** Defendants' motions to dismiss filed August 7, 2024 (Doc. 4; Doc. 5).

**ORDER ENTERED** at Augusta, Georgia, this 26th day of March, 2025.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```