IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT FOWLER and ROMETTA FOWLER, | * * * | |
| Plaintiffs, | * * | CV 124-107 |
| v. | * * | |
| UNIVERSITY HEALTH SERVICES, INC., et al., | * * * | |
| Defendants. | * | |

ORDER

Before the Court is the Parties' stipulation of dismissal of the remaining claims in this case. (Doc. 43.) Attorneys for Plaintiffs and for Defendants University Health Services, Inc.; Piedmont Healthcare, Inc.; Dr. Arthur Chandler, Jr.; Dr. Barry Jenkins; Donna-Floyd Bearden; and American Regent, Inc. signed the stipulation. (Id. at 2.) Defendant Daiichi Sankyo Co., Ltd., the only Party not to sign the stipulation, has not yet filed an answer or motion for summary judgment. Therefore, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that all remaining claims in this matter are **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk is directed to

---

[1] See FED. R. CIV. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").

**TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of April, 2025.

                HONORABLE J. RANDAL HALL
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF GEORGIA